# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:23-CR-00500 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN GREENBERG |
| LORENZO L. NETTLES, | ) | |
| | ) | **ORDER ACCEPTING/ENTERING** |
| Defendant. | ) | **PLEA OF GUILTY AND REFERRING** |
| | ) | **THE MATTER FOR PREPARATION** |
| | ) | **OF A PRESENTENCE REPORT** |

Before the Court is the Report and Recommendation ("R&R") filed by United States Magistrate Judge Jonathan D. Greenberg recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 96). This matter was previously referred to the Magistrate Judge to accept Defendant's plea of guilty, conduct the colloquy prescribed by Fed. R. Crim. P. 11, cause a verbatim record of the proceedings to be prepared, refer the matter for preparation of a presentence report, and submit an R&R stating whether the plea should be accepted and a finding of guilty entered. (ECF No. 93).

On September 7, 2023, the government filed an eight-count Indictment naming Defendant and six other individuals involved in a bank fraud conspiracy. (ECF No. 1, PageID #2). Defendant was charged with one count of Conspiracy to Commit Bank Fraud; the Indictment states that Defendant knowingly combined, conspired, confederated, and agreed with [the other six defendants], and with others known and unknown to the Grand Jury, to execute a scheme or artifice to (i) defraud financial institutions; and (ii) obtain moneys, funds, credits, assets, and other property owned by, and under the custody and control of the financial institutions, in violation of Title 18 U.S.C. § 1349. (*Id.*).

1

On February 28, 2024, Defendant filed a Notice of Intent to Plea with Proposed Plea Agreement. (ECF No. 83). On March 20, 2024, Magistrate Judge Greenberg held a change of plea hearing, during which the Defendant entered a plea of guilty to the charge in the Indictment against him. The same day, Magistrate Judge Greenberg issued an R&R recommending that the Court accept Defendant's guilty plea and enter a finding of guilty. (ECF No. 96). Any objections to the R&R were due on April 3, 2024. (*Id*. at PageID #333). Neither party has objected to the R&R.

On review of the record, including the written transcript of the March 20, 2024 hearing (ECF No. 100), the Court adopts the R&R. Defendant is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a guilty plea. He is also aware of the trial rights he waives/gives up by pleading guilty. There is an adequate factual basis for the plea. Defendant denied being threatened into entering the plea and confirmed that no promises have been made to him, other than those contained in the plea agreement. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea is accepted.

Therefore, Defendant is adjudged guilty of Count 1 of the Indictment, in violation of Title 18 U.S.C. § 1349. This matter is hereby referred to the U.S. Probation Office for the preparation of a presentence report. Sentencing is set for July 11, 2024 at 10:00 AM in Courtroom 17A before Judge Charles Fleming.

**IT IS SO ORDERED.**

**Date: April 18, 2024**

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**