**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25-CR-00301 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE REUBEN J. |
| | ) | SHEPERD |
| LORENZO L. NETTLES, | ) | |
| | ) | |
| Defendant. | ) | **ORDER ADOPTING MAGISTRATE** |
| | ) | **JUDGE'S REPORT AND** |
| | ) | **RECOMMENDATION** |

On September 7, 2023, Defendant was charged with conspiracy to commit bank fraud for his role in a scheme to steal checks from the United States Postal Service, alter those checks, and cash them for pecuniary gain. (ECF No. 1, Indictment). On July 11, 2024, Defendant was sentenced to six months custody, three years supervised release with mandatory and special conditions, a $100 special assessment, and payment of $35,854.27 in restitution. (ECF No. 148, Judgment). Defendant began his period of supervised release on February 19, 2025. (Violation Report dated Jul. 11, 2025).

According to his supervising probation officer, Defendant was indicted in the Cuyahoga County Court of Common Pleas, Case No. CR-25-703146-A, on two counts of Receiving Stolen Property (F4), Improper Handling of Firearms in a Motor Vehicle (F4), and Carrying Concealed Weapons (F4). (*Id.*). The probation officer also informed the Court that Defendant has not made any payments toward his restitution. (*Id.*). The Court referred the matter to Magistrate Judge Reuben Sheperd "to conduct the appropriate proceedings except for sentencing, if sentencing is necessary. If a revocation hearing is required, the assigned Magistrate Judge is to conduct the hearing and then file a report and recommendation." (ECF No. 203, Order). Magistrate Judge Sheperd agreed to stay the revocation hearing pending the resolution of Defendant's new charges.

1

(Minutes [Non-document] dated Sept. 3, 2025).

Defendant's supervising probation officer informed the Court that Defendant pleaded guilty to an amended charge of Count 1: Attempted Receiving Stolen Property (F5) and Count 3: Carrying Concealed Weapons.  (Superseding Violation Report dated Mar. 10, 2026).  Count 2 (Improper Handling Firearms in a Motor Vehicle) was nulled.  (*Id.*).  Defendant was sentenced to one year and six months of community control on each count.  (*Id.*).  The probation officer also informed the Court that Defendant made one $50.00 payment toward his restitution.  (*Id.*).

Magistrate Judge Sheperd held a preliminary revocation hearing on March 18, 2026. (Minutes [Non-document] dated Mar. 18, 2026).  Defendant admitted to violating his supervision as alleged by his probation officer in the Superseding Violation Report.  (*Id.*).  Magistrate Judge Sheperd released Defendant on the same terms and conditions of his supervised release pending further proceedings.  (*Id.*).  The same day, Magistrate Judge Sheperd issued a Report and Recommendation (R&R), recommending that this Court find Defendant guilty of violating the terms of his supervised release.  (ECF No. 228, R&R, PageID #1392).  Neither party objected to the R&R.

On review of the record, the Court adopts the R&R.  Defendant admitted to the violations as charged in the March 10, 2026 Superseding Violation Report.  Defendant is adjudged guilty of violating his supervised release.  Sentencing is set for April 14, 2026, at 1:00 PM in Courtroom 17A.

**IT IS SO ORDERED.**

**Date: April 9, 2026**

**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**